# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDREW SCOTT VAIL,<br><br>Plaintiff<br><br>v.<br><br>DARIN BALAAM, et al.,<br><br>Defendants | Case No.: 3:21-cv-00410-MMD-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 20 |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>KAREN WALKER</u>      REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      On this one occasion, Plaintiff's motion for a copy of the scheduling order (ECF No. 20) is **GRANTED**. The Clerk shall send Plaintiff a copy of the scheduling order at ECF No. 17.

**IT IS SO ORDERED**.

Dated: September 30, 2022                                  DEBRA K. KEMPI, CLERK

                                                                             By: _____/s/_____

                                                                                   Deputy Clerk