UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDREW SCOT VAIL,<br><br>    Plaintiff,<br>v.<br><br>DARIN BALAAM, et al.,<br><br>    Defendants. | 3:21-cv-00410-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 46 |

Before the court is Plaintiff's Motion for Enlargement of Time. (ECF No. 46.) Plaintiff requests an extension to June 20, 2023, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 44).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (ECF No. 46) is **GRANTED** to the extent that Plaintiff shall have to and including **June 20, 2023**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 44).

DATED: June 5, 2023.



UNITED STATES MAGISTRATE JUDGE