UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALEXANDREW SCOT VAIL,

    Plaintiff

v.

DARIN BALAAM, et al.,

    Defendants

Case No.: 3:21-cv-00410-MMD-CSD

**Order**

Re: ECF No. 50

Plaintiff moves to strike Defendants' reply in support of their motion for summary judgment as untimely. (ECF No. 50.) Defendants oppose the motion, arguing that the deadline to file the reply fell on a legal holiday, and therefore, the reply was timely filed on July 5, 2023.

Plaintiff filed his response to Defendants' motion for summary judgment on June 20, 2023. (ECF No. 48.) Defendants had 14 days after service of the response to file their reply brief. LR 7-2(b). The fourteenth day fell on July 4, 2023, which was a legal holiday. Fed. R. Civ. P. 6(a)(6). If the last day to file a document is a legal holiday, the party has until the end of the next day that is not a Saturday, Sunday, or legal holiday to file the document, which in this case was July 5, 2023. Fed. R. Civ. P. 6(a)(1)(C). Therefore, Defendants' reply brief was timely filed.

Plaintiff's motion to strike Defendants' reply brief (ECF No. 50) is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 29, 2023

                                                Craig S. Denney
                                                United States Magistrate Judge