UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDREW SCOT VAIL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DARIN BALAAM, et al.,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00410-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 60 |

Before the court is Plaintiff's Motion for Extension of Time to File Joint Pretrial Order. (ECF No. 60.) Plaintiff requests an additional ninety (90) days to file the Joint Pretrial Order since he was recently transferred to Ely State Prison.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (ECF No. 60) is **GRANTED** to the extent that the parties shall have to and including **Monday, April 1, 2024**, in which to file their Joint Pretrial Order.

DATED: January 2, 2024.



　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE