MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV  89501
(775) 337-5700
wcarner@da.washoecounty.gov
ATTORNEYS FOR
DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALEXANDREW SCOT VAIL,

　　　　　Plaintiff,

vs.

DARIN BALAAM, *et al.*,

　　　　　Defendants.

_____/

Case No.  3:21-cv-00410-MMD-CSD

**STIPULATION FOR DISMISSAL**

COMES NOW, Defendants WASHOE COUNTY, by and through counsel, Michael W. Large, Deputy District Attorney, and Plaintiff ALEXANDREW SCOT VAIL, and hereby respectfully request that this matter be dismissed with prejudice.

Dated this 21st day of March, 2024.

By _____
MICHAEL W. LARGE
Deputy District Attorney
One South Sierra, Reno, NV 89501
Attorney for Defendants

Dated this 16 day of March, 2024.

By _____
ALEXANDREW SCOT VAIL
Ely State Prison Inmate
PO Box 1989, Ely, NV 89301
Plaintiff, pro se

It is so ordered. The Clerk of Court is directed to close this case.

DATED THIS 29th Day of April 2024. _____

Miranda M. Du, Chief U.S. District Judge.